**No. 26-1911**
**DETAINED**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

---

**DINU RASCOL,**

**Petitioner-Appellant,**

**v.**

**KEVIN RAYCRAFT, Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement; MICHAEL L. WHITE, St. Clair County Sheriff; TODD M. LYONS, U.S. Acting Director of Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of U.S. Department of Homeland Security; TODD W. BLANCHE, U.S. Attorney General; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**

**Respondents-Appellees.**

---

**NOTICE OF DETENTION AND REMOVAL INFORMATION**
**[A 028 239 531]**

---

Pursuant to Sixth Circuit Local Rule 18(b)(2), Respondents hereby notify the Court that the Department of Homeland Security has informed counsel that Petitioner is detained and there are not currently removal plans for Petitioner.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

/s/ Zak Toomey
Zak Toomey
Assistant U.S. Attorney
Eastern District of Michigan
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9617
zak.toomey@usdoj.gov

DATED: October 16, 2026

Attorneys for Respondents-Appellees

## CERTIFICATE OF SERVICE

I hereby certify that, on October 16, 2026, I electronically filed the foregoing Notice of Detention and Removal Information with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/Zak Toomey
Zak Toomey
Assistant U.S. Attorney